456 A.2d 148

**COMMONWEALTH of Pennsylvania**

v.

**Willie R. WHITAKER, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 28, 1983.

Decided Feb. 4, 1983.

Marilyn J. Gelb, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., Stuart Haimowitz, Philadelphia, for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

318

## ORDER

PER CURIAM.

Judgments of sentence affirmed.